

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

| | |
|---|---|
| James Ryan Lopez, Appellant<br><br>No. 06-19-00257-CR  v.<br><br>The State of Texas, Appellee | Appeal from the 124th District Court of Gregg County, Texas (Tr. Ct. No. 47401-B). Memorandum Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating. |

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below.  Therefore, we modify the assessments of the fine and attorney fees by deleting them from the trial court's judgment and the clerk's bill of costs.  As modified, the judgment of the trial court is affirmed.

We further order that the State of Texas pay all costs of this appeal.

RENDERED APRIL 23, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk